RECEIVED

JUN 3 0 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RICKY CHARLES VOCLAIN | CIVIL ACTION NO. 6:14-cv-0628 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| LAFAYETTE PARISH CORRECTIONS CENTER, ET AL. | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein,  determining that the findings are correct under the applicable law,  and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED**  that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITH PREJUDICE** as frivolous.

**The Clerk of Court is directed to send a copy of this Judgment to the Keeper of the Three Strikes List, Tyler, Texas.**

**THUS DONE AND SIGNED**, in chambers, Lafayette, Louisiana, on this _30_ day of _June_____, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE